**FORM 8. Entry of Appearance**

**UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT**

In re: Schwarz v. _____

No. 15-1327

**ENTRY OF APPEARANCE**

(INSTRUCTIONS: Counsel should refer to Federal Circuit Rule 47.3. Pro se petitioners and appellants should read paragraphs 1 and 18 of the Guide for Pro Se Petitioners and Appellants. File this form with the clerk within 14 days of the date of docketing and serve a copy of it on the principal attorney for each party.)

Please enter my appearance (select one):

☐ Pro Se  ☑ As counsel for: Schwarz, Macheca, and Glancy
Name of party

I am, or the party I represent is (select one):

☑ Petitioner  ☐ Respondent  ☐ Amicus curiae  ☐ Cross Appellant
☐ Appellant  ☐ Appellee  ☐ Intervenor

As amicus curiae or intervenor, this party supports (select one):

☐ Petitioner or appellant  ☐ Respondent or appellee

My address and telephone are:

| | |
|---|---|
| Name: | Stewart N. Mesher |
| Law firm: | Conley Rose, P.C. |
| Address: | 13413 Galleria Circle, Suite 100 |
| City, State and ZIP: | Austin, Texas 78738-6344 |
| Telephone: | (512) 610-3440 |
| Fax #: | (512) 610-3456 |
| E-mail address: | SMesher@conleyrose.com |

Statement to be completed by counsel only (select one):

☑ I am the principal attorney for this party in this case and will accept all service for the party. I agree to inform all other counsel in this case of the matters served upon me.

☐ I am replacing _____ as the principal attorney who will/will not remain on the case. [Government attorneys only.]

☐ I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only): February 12, 2014

This is my first appearance before the United States Court of Appeals for the Federal Circuit (counsel only):

☑ Yes  ☐ No

☐ A courtroom accessible to the handicapped is required if oral argument is scheduled.

| | |
|---|---|
| 02-25-2015 | /s/ Stewart N. Mesher |
| Date | Signature of pro se or counsel |

cc: Counsel for Petitioners

In re: Schwarz<br>15-1327

## CERTIFICATE OF SERVICE

I hereby certify that on February 25, 2015, I filed the foregoing ***Entry of Appearance*** through this Court's CM/ECF system. Pursuant to this Court's Administrative Order Regarding Electronic Case Filing (May 17, 2012), ECF-6(A), the Notice of Docket Activity generated by this Court's CM/ECF system constitutes service of the document on the Respondent because it is represented by the following attorneys who have registered for the CM/ECF system:

| | |
|---|---|
| Nathan K. Kelley, Solicitor | nathan.kelley@uspto.gov |
| Coke Morgan Stewart, Associate Solicitor | Coke.Stewart@uspto.gov |
| Farheena Y. Rasheed, Associate Solicitor | farheena.rasheed@uspto.gov |

Office of the Solicitor
U.S. Patent and Trademark Office
Principal and Of Counsel Attorneys for the Respondent
Director of the United States Patent and Trademark Office


    /s/Charles J. Rogers
Charles J. Rogers
Conley Rose, P.C.
1001 McKinney Street, Suite 1800
Houston, TX 77002-6421
Telephone: (713) 238-8049
Facsimile: (713) 238-8008
E-mail: CRogers@conleyrose.com

Of Counsel Attorney for Petitioners Schwarz, Macheca, and Glancy