UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

In Re: Schwarz
No. 15-1327

## APPELLANTS' UNOPPOSED MOTION
## FOR A FOURTEEN DAY EXTENSION OF TIME
## TO FILE THEIR PRINCIPAL BRIEF

Appellants file this Unopposed Motion requesting a fourteen day extension of time to file their Principal Brief. Appellants respectfully request that the current deadline of April 13, 2015 be extended by fourteen days to April 27, 2015. No previous extension has been requested or granted.

As good cause for this Motion, Appellants are requesting a two week extension in order to provide sufficient time to prepare their Principal Brief.

Appellants' counsel has conferred with Appellee's counsel and confirmed that Appellee does not object to this requested fourteen day extension of time.

For the foregoing reasons, Appellants respectfully request that this Court grant the requested extension to April 27, 2015 for Appellants to file their Principal Brief.

Respectfully submitted,

 /s/Charles J. Rogers
Charles J. Rogers
Conley Rose, P.C.
1001 McKinney Street, Suite 1800
Houston, TX  77002-6421
Telephone: (713) 238-8049
Facsimile: (713) 238-8008
E-mail: CRogers@conleyrose.com

Of Counsel Attorney for Appellants
Schwarz, Macheca, and Glancy

# CERTIFICATE OF INTEREST

Counsel for Appellants Schwarz, Macheca, and Glancy certifies the following:

1. The full name of every party or amicus represented by me is:

    Stanley G. Schwarz
    Christopher M. Macheca
    Michael Glancy

2. The name of the real party in interest represented (if the party named in the caption is not the real party in interest) by me is:

    Gordon * Howard Associates, Inc.

3. All parent corporations and any publicly held companies that own 10 percent or more of the stock of the party represented by me are:

    None.

4. The names of all law firms and the partners or associates that appeared for the party or amicus now represented by me in the trial court or agency or are expected to appear in this Court are:

<u>Conley Rose, P.C.</u>

Mark E. Scott
Stewart N. Mesher
Charles J. Rogers


                                                   <u>/s/Charles J. Rogers</u>
                                                   Charles J. Rogers
                                                   Of Counsel Attorney for Appellants
                                                   Schwarz, Macheca, and Glancy

**CERTIFICATE OF SERVICE**

I hereby certify that on April 6, 2015, I filed the foregoing ***Appellants' Unopposed Motion for a Fourteen Day Extension of Time to File Their Principal Brief*** through this Court's CM/ECF system. Pursuant to this Court's Administrative Order Regarding Electronic Case Filing (May 17, 2012), ECF-6(A), the Notice of Docket Activity generated by this Court's CM/ECF system constitutes service of the document on the Appellee because it is represented by the following attorneys who have registered for the CM/ECF system:

| | |
|---|---|
| Nathan K. Kelley, Solicitor | nathan.kelley@uspto.gov |
| Coke Morgan Stewart, Associate Solicitor | Coke.Stewart@uspto.gov |
| Farheena Y. Rasheed, Associate Solicitor | farheena.rasheed@uspto.gov |

Office of the Solicitor
U.S. Patent and Trademark Office
Counsel for the Appellee
Director of the United States Patent and Trademark Office

/s/Charles J. Rogers
Charles J. Rogers
Conley Rose, P.C.
1001 McKinney Street, Suite 1800
Houston, TX 77002-6421
Telephone: (713) 238-8049
Facsimile: (713) 238-8008
E-mail: CRogers@conleyrose.com

Of Counsel Attorney for Appellants
Schwarz, Macheca, and Glancy