NOTE: This order is nonprecedential.

# United States Court of Appeals

# for the Federal Circuit

———————————

**In re: STANLEY G. SCHWARZ, CHRISTOPHER M. MACHECA, MICHAEL GLANCY,**

*Appellants*

———————————

2015-1327
(Serial no. 11/349,523 )

———————————

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board.

———————————

ON MOTION

## O R D E R

Upon consideration of the appellants' unopposed motion to extend time to file appellants' principal brief until April 27, 2015,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

April 7, 2015                    /s/ Daniel E. O'Toole
                                Daniel E. O'Toole
                                Clerk of Court